## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: MCKILLIP, TAMMY BETH | § | Case No. 12-40404 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 06, 2012. The undersigned trustee was appointed on June 06, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         3,494.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 80.58 |
   | Leaving a balance on hand of [1]   $ | 3,383.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/14/2012 and the deadline for filing governmental claims was 12/14/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $853.36. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $853.36, for a total compensation of $853.36.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.00, for total expenses of $3.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2013        By: /s/Lee Ann Pierce, Trustee
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-40404  
**Case Name:** MCKILLIP, TAMMY BETH

**Period Ending:** 04/25/13

**Trustee:** (610070) Lee Ann Pierce, Trustee  
**Filed (f) or Converted (c):** 06/06/12 (f)  
**§341(a) Meeting Date:** 07/06/12  
**Claims Bar Date:** 12/14/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD COMMONLY DESCRIBED AS: 1204 THRESHER D | 135,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>  Per bank stmts.  Exempted $203.23 | 1,274.78 | 1,071.55 | | 1,071.55 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,345.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING & JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 5 | FIREARMS AND HOBBY EQUIPMENT | 70.00 | 0.00 | | 0.00 | FA |
| 6 | 1997 POINTIAC BONNEVILLE | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2004 JEEP LIBERTY | 3,700.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 PONTIAC G6<br>  Secured.  Equity per bank $963.84.  1/2 interest.  Exempted $181.77 | 9,915.00 | 300.15 | | 300.15 | FA |
| 9 | EARNED WAGES  (u)<br>  Per wage stmts | 1,051.41 | 1,051.41 | | 1,051.41 | FA |
| 10 | ACCRUED VACATION  (u)<br>  Per 341 minutes | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2012 FEDERAL TAX REFUND  (u)<br>  Refund $2294, 158/366 = $990.31.  Not exempt | 990.31 | 990.31 | | 1,070.89 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$154,246.50** | **$3,413.42** | | **$3,494.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 31, 2013          **Current Projected Date Of Final Report (TFR):**     April 25, 2013  (Actual)

Printed: 04/25/2013 08:34 AM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-40404 | | **Trustee:** | Lee Ann Pierce, Trustee (610070) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MCKILLIP, TAMMY BETH | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******33-66 - Checking Account |
| **Taxpayer ID #:** | **-***3063 | | **Blanket Bond:** | $13,150,000.00   (per case limit) |
| **Period Ending:** | 04/25/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/20/12 | | Tammy McKillip | Acct #1; Payment #1, 2; Payment per Order. jh. | | 200.00 | | 200.00 |
| | {2} | | Acct #1; Payment #1;          150.00<br>Payment per Order. jh. | 1129-000 | | | 200.00 |
| | {2} | | Acct #1; Payment #2;           50.00<br>Payment per Order. jh. | 1129-000 | | | 200.00 |
| 11/01/12 | | Tammy McKillip | Acct #1; Payment #2, 3; Payment per Order. rcl | | 200.00 | | 400.00 |
| | {2} | | Acct #1; Payment #2;          100.00<br>Payment per Order. rcl | 1129-000 | | | 400.00 |
| | {2} | | Acct #1; Payment #3;          100.00<br>Payment per Order. rcl | 1129-000 | | | 400.00 |
| 12/03/12 | | Tammy McKillip | Acct #1; Payment #3, 4; Payment per Order. jh. | | 200.00 | | 600.00 |
| | {2} | | Acct #1; Payment #3;           50.00<br>Payment per Order. jh. | 1129-000 | | | 600.00 |
| | {2} | | Acct #1; Payment #4;          150.00<br>Payment per Order. jh. | 1129-000 | | | 600.00 |
| 01/07/13 | | Tammy McKillip | Acct #1; Payment #5, 6; Payment per Order. jh. | | 200.00 | | 800.00 |
| | {2} | | Acct #1; Payment #5;          150.00<br>Payment per Order. jh. | 1129-000 | | | 800.00 |
| | {2} | | Acct #1; Payment #6;           50.00<br>Payment per Order. jh. | 1129-000 | | | 800.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001061007088 20130117 | 9999-000 | | 800.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 800.00 | 800.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 800.00 | |
| | | | **Subtotal** | | 800.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$800.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/25/2013 08:34 AM        V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-40404  
**Case Name:** MCKILLIP, TAMMY BETH  
**Taxpayer ID #:** **-***3063  
**Period Ending:** 04/25/13

**Trustee:** Lee Ann Pierce, Trustee (610070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****429766 - Checking Account  
**Blanket Bond:** $13,150,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 800.00 | | 800.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 790.00 |
| 02/04/13 | | Tammy McKillip | Acct #1; Payment #6, 7; Payment per Order. jh. | | 200.00 | | 990.00 |
| | {2} | | Acct #1; Payment #6;        100.00 Payment per Order. jh. | 1129-000 | | | 990.00 |
| | {2} | | Acct #1; Payment #7;        100.00 Payment per Order. jh. | 1129-000 | | | 990.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 03/01/13 | | Tammy McKillip | Payment per Order. jh. | | 200.00 | | 1,180.00 |
| | {2} | | Acct #1; Payment #7         50.00 | 1129-000 | | | 1,180.00 |
| | {2} | | Acct #1; Payment #8         21.55 | 1129-000 | | | 1,180.00 |
| | {8} | | Acct #2; Payment #1        128.45 | 1129-000 | | | 1,180.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,170.00 |
| 04/08/13 | | U.S. Treasury | 2012 Federal Income Tax refund. | | 2,294.00 | | 3,464.00 |
| | {8} | | Acct #2; Payment #2        150.00 | 1129-000 | | | 3,464.00 |
| | {8} | | Acct #2; Payment #3         21.70 | 1129-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #1        128.30 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #2        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #3        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #4        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #5        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #6        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #7        150.00 | 1229-000 | | | 3,464.00 |
| | {9} | | Acct #3; Payment #8         23.11 | 1229-000 | | | 3,464.00 |
| | {11} | | 2012 Federal Income       1,070.89 Tax Refund. | 1224-000 | | | 3,464.00 |
| 04/10/13 | 10101 | Tammy McKillip | Non-estate funds due Debtor. | 8200-002 | | 80.58 | 3,383.42 |
| | | | **ACCOUNT TOTALS** | | 3,494.00 | 110.58 | **$3,383.42** |
| | | | Less: Bank Transfers | | 800.00 | 0.00 | |
| | | | **Subtotal** | | **2,694.00** | **110.58** | |
| | | | Less: Payments to Debtors | | | 80.58 | |
| | | | **NET Receipts / Disbursements** | | **$2,694.00** | **$30.00** | |

{} Asset reference(s)

Printed: 04/25/2013 08:34 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-40404  
**Case Name:** MCKILLIP, TAMMY BETH

**Taxpayer ID #:** **-***3063  
**Period Ending:** 04/25/13

**Trustee:** Lee Ann Pierce, Trustee (610070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****429766 - Checking Account  
**Blanket Bond:** $13,150,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******33-66** | 800.00 | 0.00 | 0.00 |
| **Checking # ****429766** | 2,694.00 | 30.00 | 3,383.42 |
| | $3,494.00 | $30.00 | $3,383.42 |

{} Asset reference(s)                                              Printed: 04/25/2013 08:34 AM    V.13.13

| Printed: 04/25/13 08:35 AM | **Claims Distribution Register** | Page: 1 |

**Case: 12-40404   MCKILLIP, TAMMY BETH**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| NOTFILED | 06/06/12 | 100 | Bank Of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>First mortgage in homestead<br>VALUE $ 135,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/06/12 | 100 | First Premier Bank<br>P.O. Box 1348<br>Sioux Falls, SD 57101-1348<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>--------------------------------------------------------------------------------<br>Schedule D Owner Type:<br>Schedule D Description:<br>Co-signed loan for daughter on a 2007 Pontiac G6<br>VALUE $ 9,915.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/06/12 | 200 | Lee Ann Pierce, Trustee<br>P.O. Box 524<br>Brookings, SD 57006<br>&lt;2200-00   Trustee Expenses&gt; | 3.00 | 3.00 | 0.00 | 3.00 | 3.00 |
| | 06/06/12 | 200 | Lee Ann Pierce, Trustee<br>P.O. Box 524<br>Brookings, SD 57006<br>&lt;2100-00   Trustee Compensation&gt; | 853.36 | 853.36 | 0.00 | 853.36 | 853.36 |
| | 06/06/12 | 200 | Fite, Pierce & Ronning Law Office<br>316 Fourth ST<br>PO Box 524<br>Brookings, SD 57006<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 275.60 | 275.60 | 0.00 | 275.60 | 275.60 |
| | 06/06/12 | 200 | Fite, Pierce & Ronning Law Office<br>316 Fourth ST<br>PO Box 524<br>Brookings, SD 57006<br>&lt;3120-00   Attorney for Trustee Expenses (Trustee Firm)&gt; | 6.00 | 6.00 | 0.00 | 6.00 | 6.00 |
| | | | **Total for Priority 200:   100% Paid** | **$1,137.96** | **$1,137.96** | **$0.00** | **$1,137.96** | **$1,137.96** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,137.96** | **$1,137.96** | **$0.00** | **$1,137.96** | **$1,137.96** |

Printed: 04/25/13 08:35 AM            **Claims Distribution Register**            Page: 2

**Case: 12-40404    MCKILLIP, TAMMY BETH**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| 1 | 09/24/12 | 610 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)><br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | 7,801.81 | 7,801.81 | 0.00 | 7,801.81 | 2,010.63 |

History: Details1-109/24/2012Claim #1 filed by FIA CARD SERVICES, N.A., Amount claimed: $7801.81 (Toliver, Janell )

-----------------------------------------------------------------------------* * *

| 2 | 11/14/12 | 610 | eCAST Settlement Corporation<br>PO Box 7247<br>Philadelphia, PA 19170-6971<br><7100-00   General Unsecured § 726(a)(2)><br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | 288.50 | 288.50 | 0.00 | 288.50 | 74.35 |

History: Details2-111/14/2012Claim #2 filed by Capital One, N.A., Amount claimed: $288.50 (Ryan, Courtney )
2704/20/2013Transfer or Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: Capital One, N.A. (Claim No. 2) To eCAST Settlement Corporation - Assignor declines or waives right to object or receive further notice filed by eCAST Settlement Corpor
ation. (Watkins, Jaime L.)

-----------------------------------------------------------------------------* * *

| 3 | 11/30/12 | 610 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | 622.69 | 622.69 | 0.00 | 622.69 | 160.48 |

History: Details3-111/30/2012Claim #3 filed by Capital One NA, Amount claimed: $622.69 (Lee, Thomas )

-----------------------------------------------------------------------------* * *

| NOTFILED | 06/06/12 | 610 | Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br><7100-00   General Unsecured § 726(a)(2)><br>Schedule F Owner Type:<br>Schedule F Description:<br>Credit card charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Printed: 04/25/13 08:35 AM | **Claims Distribution Register** | Page: 3 |

**Case: 12-40404   MCKILLIP, TAMMY BETH**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | 06/06/12 | 610 | Federal Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184<br><7100-00  General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Student loan for daughter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/06/12 | 610 | Firstmark Services<br>P.O. Box 82522<br>Lincoln, NE 68501-2522<br><7100-00  General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Student loan for daughter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 06/06/12 | 610 | Maurices Customer Service<br>P.O. Box 182273<br>Columbus, OH 43218-2273<br><7100-00  General Unsecured § 726(a)(2)><br>--------------------------------------------------------------------------------<br>Schedule F Owner Type:<br>Schedule F Description:<br>Credit card charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   25.77138% Paid** | $8,713.00 | $8,713.00 | $0.00 | $8,713.00 | $2,245.46 |
| | | | **Total for Unsecured Claims:** | $8,713.00 | $8,713.00 | $0.00 | $8,713.00 | $2,245.46 |
| | | | **Total for Case :** | $9,850.96 | $9,850.96 | $0.00 | $9,850.96 | $3,383.42 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-40404
Case Name: MCKILLIP, TAMMY BETH
Trustee Name: Lee Ann Pierce, Trustee

**Balance on hand:** $ 3,383.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,383.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Lee Ann Pierce, Trustee | 853.36 | 0.00 | 853.36 |
| Trustee, Expenses - Lee Ann Pierce, Trustee | 3.00 | 0.00 | 3.00 |
| Attorney for Trustee, Fees - Fite, Pierce & Ronning Law Office | 275.60 | 0.00 | 275.60 |
| Attorney for Trustee, Expenses - Fite, Pierce & Ronning Law Office | 6.00 | 0.00 | 6.00 |

Total to be paid for chapter 7 administration expenses: $ 1,137.96
Remaining balance: $ 2,245.46

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,245.46

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 2,245.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,713.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7,801.81 | 0.00 | 2,010.63 |
| 2 | eCAST Settlement Corporation | 288.50 | 0.00 | 74.35 |
| 3 | Capital One NA | 622.69 | 0.00 | 160.48 |

|  | Total to be paid for timely general unsecured claims: | $ 2,245.46 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**